United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18227-mdc
Kenneth Brian Grear                                                       Chapter 7
Deneen Marie Spraga-Grear
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2             Date Rcvd: Mar 22, 2019
                              Form ID: 318           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db/jdb         +Kenneth Brian Grear,    Deneen Marie Spraga-Grear,    781 Barry Drive,
                 Springfield, PA 19064-1538
14246045       +Anthony St. Joseph, Esquire,    615 Chestnut Street,    Suite 1250,    Philadelphia, PA 19106-4404
14246049       +Chase Auto,    Chase Card Services,    Po Box 901003,    Ft Worth, TX 76101-2003
14246051        Citibank Credit Card,    P.O. Box 65006,    Sioux Falls, SD 57117
14246053       +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
14246054        Fincancial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14246057       +Kenneth B. Grear, Ltd.,    781 Barry Drive,    Springfield, PA 19064-1538
14246058        Main Line Healthcare,    P.O. Box 8500-4600,    Philadelphia, PA 19178-4600
14246059       +McAndrews Law,    30 Cassatt Avenue,    Berwyn, PA 19312-1311
14246062       +PNC Bank, N.A.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14246063       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14246064        ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
14246065       +Robert Saldutti, Esquire,    1735 Market Street,    Suite 3750,    Philadelphia, PA 19103-7532
14246066        Rothman Institute/Recon Ortho Assoc II,    P.O. Box 757910,    Philadelphia, PA 19175-7910
14246067       +Santander Bank,    2 South Orange Street,    Media, PA 19063-2619
14246069       +United States Department of Justice,    Nationwide Central Intake Facility,
                 2 Constitution Square,    145 N. Street, NE 6W.316,    Washington, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 23 2019 02:57:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2019 02:56:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2019 02:57:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14246044        E-mail/Text: ebn@americollect.com Mar 23 2019 02:57:05     Americollect,    P.O. Box 1690,
                 Manitowoc, WI 54221-1690
14246047        EDI: BANKAMER.COM Mar 23 2019 06:48:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
14246046        EDI: BANKAMER.COM Mar 23 2019 06:48:00      Bank of America,    P.O. Box 982236,
                 El Paso, TX 78998-2236
14246048       +EDI: CAPITALONE.COM Mar 23 2019 06:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14246050       +EDI: CHASE.COM Mar 23 2019 06:53:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
14246052        E-mail/Text: csd1clientservices@cboflanc.com Mar 23 2019 02:57:50
                 Credit Burea of Lancaster County,    P.O. Box 1271,    Lancaster, PA 17608-1271
14246055       +E-mail/Text: Bankruptcies@FirstHomeBank.com Mar 23 2019 02:58:17     First Home Bank,
                 Attn: Deposit Operations,    9190 Seminole Blvd.,    Seminole, FL 33772-3148
14246056       +EDI: IRS.COM Mar 23 2019 06:53:00      Internal Revenue Service,    600 Arch Street,
                 Philadelphia, PA 19106-1695
14246060       +E-mail/Text: electronicbkydocs@nelnet.net Mar 23 2019 02:57:00     Nelnet,    Attn: Claims,
                 Po Box 82505,    Lincoln, NE 68501-2505
14246061       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2019 02:56:23     Pennsylvania Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0001
14246068       +EDI: RMSC.COM Mar 23 2019 06:53:00      Syncb/Home Design Hvac,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14246425       +EDI: RMSC.COM Mar 23 2019 06:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
14246070        EDI: USBANKARS.COM Mar 23 2019 06:53:00      US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
14246071       +E-mail/Text: bankruptcynotices@sba.gov Mar 23 2019 02:56:11
                 US Small Business Administration,    409 3rd St, SW,    Washington, DC 20416-0005
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Mar 22, 2019
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          DAVID B. SMITH    on behalf of Joint Debtor Deneen Marie Spraga-Grear dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          DAVID B. SMITH    on behalf of Debtor Kenneth Brian Grear dsmith@skhlaw.com,
           b.dr70286@notify.bestcase.com
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          REBECCA K. MCDOWELL    on behalf of Creditor    Santander Bank, N.A. f/k/a Sovereign Bank, N.A.
           rmcdowell@slgcollect.com, pwirth@slgcollect.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Kenneth Brian Grear** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−5520** <br> EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 **Deneen Marie Spraga−Grear** <br> (Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−2168** <br> EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **18−18227−mdc** | |

# Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth Brian Grear                               Deneen Marie Spraga−Grear

3/21/19                                           **By the court:** Magdeline D. Coleman
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2