United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kenneth Brian Grear
Deneen Marie Spraga-Grear
    Debtors

Case No. 18-18227-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Mar 27, 2019
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db/jdb     +Kenneth Brian Grear,    Deneen Marie Spraga-Grear,    781 Barry Drive,    Springfield, PA 19064-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
         DAVID B. SMITH    on behalf of Joint Debtor Deneen Marie Spraga-Grear dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
         DAVID B. SMITH    on behalf of Debtor Kenneth Brian Grear dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
         KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         REBECCA K. MCDOWELL    on behalf of Creditor    Santander Bank, N.A. f/k/a Sovereign Bank, N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7

Kenneth Brian Grear and Deneen Marie Spraga–Grear               : Case No. 18–18227–mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , March 27, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court